# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

Bridget M. McCormack,
Chief Justice

160501

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 160501
                                  COA: 349210
                                  Gladwin CC: 99-006443-FC

BARBARA JEAN CROSS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 17, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



t0622

Clerk